**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1118**

_____

JENNIFER STURM, In re: Hague Convention
Petition for Return of Child to Petitioner,

Plaintiff - Appellee,

versus

CHRISTOPHER HARRIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-00-353-1)

_____

Submitted: June 13, 2002          Decided: June 18, 2002

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert N. Weckworth, Jr., Greensboro, North Carolina, for
Appellant. Jennifer Sturm, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Harris appeals from the district court's order denying his motion pursuant to Fed. R. Civ. P. 60(b)(3), to reopen a case in the district court due to fraud. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sturm v. Harris, No. CA-00-353-1 (M.D.N.C. Dec. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED